# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

In re: FAIRWAY ORNAMENTAL IRON INC. § Case No. 13-41394-MJH
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Brian L. Budsberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $298,935.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,085.79 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $1,345.71 | | |

3) Total gross receipts of $3,431.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,431.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $103,208.71 | $339,173.16 | $339,173.16 | $2,085.79 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,345.71 | $1,345.71 | $1,345.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $210,471.60 | $34,536.91 | $34,536.91 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $273,777.72 | $69,059.51 | $69,059.51 | $0.00 |
| **TOTAL DISBURSEMENTS** | $587,458.03 | $444,115.29 | $444,115.29 | $3,431.50 |

4) This case was originally filed under chapter 7 on 03/05/2013. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2017        By: /s/ Brian L. Budsberg
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Retention PCL Construction Services, Inc. 15405 | 1121-000 | $3,431.50 |
| **TOTAL GROSS RECEIPTS** | | **$3,431.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | IRS Insolvency Operations | 4300-000 | $103,208.71 | $339,173.16 | $339,173.16 | $2,085.79 |
| | **TOTAL SECURED** | | **$103,208.71** | **$339,173.16** | **$339,173.16** | **$2,085.79** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Brian L. Budsberg | 2100-000 | NA | $857.88 | $857.88 | $857.88 |
| Trustee, Expenses - Brian L. Budsberg | 2200-000 | NA | $106.31 | $106.31 | $106.31 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $1.52 | $1.52 | $1.52 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $380.00 | $380.00 | $380.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,345.71 | $1,345.71 | $1,345.71 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | IRS Insolvency Operations | 5800-000 | $723.59 | $723.59 | $723.59 | $0.00 |
| 3P | WA State Department of Labor & Industries | 5800-000 | $29,203.01 | $25,930.98 | $25,930.98 | $0.00 |
| 7 | City of Tacoma | 5800-000 | $90.00 | $5,436.31 | $5,436.31 | $0.00 |
| 9P | City of Seattle | 5800-000 | $7,516.00 | $2,446.03 | $2,446.03 | $0.00 |
| N/F | Dept of Labor & Industries Collections | 5200-000 | $7,662.00 | NA | NA | NA |
| N/F | Dept of Labor & Industries Collections | 5200-000 | $2,538.00 | NA | NA | NA |
| N/F | Employment Security Dept UI Tax Admin | 5200-000 | $54,988.00 | NA | NA | NA |
| N/F | IRS Insolvency Operations | 5800-000 | $81,266.00 | NA | NA | NA |
| N/F | IRS Insolvency Operations | 5800-000 | $26,485.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$210,471.60** | **$34,536.91** | **$34,536.91** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Emerald Services Inc | 7100-000 | $538.00 | $538.31 | $538.31 | $0.00 |
| 2U | IRS Insolvency Operations | 7300-000 | $1,472.70 | $1,472.70 | $1,472.70 | $0.00 |
| 3U | WA State Department of Labor & Industries | 7300-000 | $3,966.99 | $3,966.99 | $3,966.99 | $0.00 |
| 4 | Pacific Northwest Collections | 7100-000 | NA | $13,828.56 | $13,828.56 | $0.00 |
| 5 | PMI | 7100-000 | $1,424.00 | $1,424.00 | $1,424.00 | $0.00 |
| 6 | Coatings Unlimited Inc | 7100-000 | $3,122.00 | $3,176.00 | $3,176.00 | $0.00 |
| 8 | Northwest Joist & Deck LLC | 7100-000 | $562.00 | $562.00 | $562.00 | $0.00 |
| 10 | Glein Investments LLC | 7100-000 | $43,787.00 | $43,786.97 | $43,786.97 | $0.00 |
| 11 | United Rentals | 7100-000 | $304.00 | $303.98 | $303.98 | $0.00 |
| N/F | AHBL | 7100-000 | $11,184.00 | NA | NA | NA |
| N/F | Aaberg's Tool & Equip Rental | 7100-000 | $496.00 | NA | NA | NA |
| N/F | Alaska Airlines | 7100-000 | $5,847.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $5,850.00 | NA | NA | NA |
| N/F | Berg Scaffolding | 7100-000 | $314.00 | NA | NA | NA |
| N/F | Blado Kiger Bolan, PS | 7100-000 | NA | NA | NA | NA |
| N/F | Blue Book Bldg & Constr Netwrk New York Headquarters Office | 7100-000 | $2,267.00 | NA | NA | NA |
| N/F | Citicards Private Label | 7100-000 | $5,525.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Citicards Private Label | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Coast Crane Co. | 7100-000 | $96.00 | NA | NA | NA |
| N/F | Conrad Manufacturing | 7100-000 | $1,968.00 | NA | NA | NA |
| N/F | Construction Credit Corp | 7100-000 | $766.00 | NA | NA | NA |
| N/F | Costco | 7100-000 | $735.00 | NA | NA | NA |
| N/F | Dept of Labor & Industries Collections | 7100-000 | NA | NA | NA | NA |
| N/F | Dept of Labor & Industries Collections | 7100-000 | NA | NA | NA | NA |
| N/F | Employment Security Dept UI Tax Admin | 7100-000 | NA | NA | NA | NA |
| N/F | Fastco | 7100-000 | $4,758.00 | NA | NA | NA |
| N/F | Home Depot Credit Services | 7100-000 | NA | NA | NA | NA |
| N/F | Integra | 7100-000 | $622.00 | NA | NA | NA |
| N/F | Irving Diedrich Construction Gary I Diedrich | 7100-000 | NA | NA | NA | NA |
| N/F | KT's Portable Welding | 7100-000 | NA | NA | NA | NA |
| N/F | KT's Portable Welding J Kevin Thompson, Reg Agent | 7100-000 | $13,980.00 | NA | NA | NA |
| N/F | L & T Leasing, LLC | 7100-000 | $51,455.00 | NA | NA | NA |
| N/F | Marks Metal Technology | 7100-000 | $1,260.00 | NA | NA | NA |
| N/F | McCarthy, Burgess & Wolff The MB&W Building | 7100-000 | NA | NA | NA | NA |
| N/F | N. Central Home Builders Assoc | 7100-000 | $420.00 | NA | NA | NA |
| N/F | Northwest Steel & Pipe | 7100-000 | NA | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Northwest Steel & Pipe Mike Wax | 7100-000 | $34,158.00 | NA | NA | NA |
| N/F | Office Depot Credit Plan | 7100-000 | $1,030.00 | NA | NA | NA |
| N/F | Olympia Powder Coating LLC | 7100-000 | $671.00 | NA | NA | NA |
| N/F | PWS | 7100-000 | $7,471.00 | NA | NA | NA |
| N/F | Pacific Water Services | 7100-000 | $762.00 | NA | NA | NA |
| N/F | Payne & Hickel | 7100-000 | NA | NA | NA | NA |
| N/F | Pro Consulting Services, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Retacco Law Offices, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Shell/Citi | 7100-000 | $6,700.00 | NA | NA | NA |
| N/F | Sitts & Hill Engineers, Inc. | 7100-000 | $450.00 | NA | NA | NA |
| N/F | Smith & DeKay PS | 7100-000 | $46,273.00 | NA | NA | NA |
| N/F | Smith Fire Systems Mgt | 7100-000 | $752.00 | NA | NA | NA |
| N/F | Spectra Water Testing | 7100-000 | $37.00 | NA | NA | NA |
| N/F | Stellar Industrial Supply | 7100-000 | $1,209.00 | NA | NA | NA |
| N/F | Tacoma Public Utilities c/o City Treasurer | 7100-000 | $2,440.03 | NA | NA | NA |
| N/F | US Bank,NA | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | University of Washington | 7100-000 | $304.00 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $985.00 | NA | NA | NA |
| N/F | Wagner Companies | 7100-000 | $816.00 | NA | NA | NA |
| N/F | Wash State Dept of Ecology | 7100-000 | $3,000.00 | NA | NA | NA |

| TOTAL GENERAL UNSECURED CLAIMS | $273,777.72 | $69,059.51 | $69,059.51 | $0.00 |

Exhibit 8
Page: 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 13-41394-MJH  
Case Name: FAIRWAY ORNAMENTAL IRON INC.  
For Period Ending: 05/11/2017  

Trustee Name: (670170) Brian L. Budsberg  
Date Filed (f) or Converted (c): 03/05/2013 (f)  
§ 341(a) Meeting Date: 04/09/2013  
Claims Bar Date: 11/29/2013  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Tom Bainter-Note Receivable | 10,284.00 | 10,284.00 | OA | 0.00 | FA |
| 2 | Kenneth Chick-Note Receivable | 11,998.00 | 11,998.00 | OA | 0.00 | FA |
| 3 | Joseph Matias-Note Receivable | 12,274.00 | 12,274.00 | OA | 0.00 | FA |
| 4 | Invoice for completion of work HMI LLC PO Box 49 | 20,650.00 | 20,650.00 | OA | 0.00 | FA |
| 5 | Invoiced completion of work Stellar Structures 3 | 4,823.00 | 4,823.00 | OA | 0.00 | FA |
| 6 | Invoice for completion of work Sip Wine Bar 1084 | 3,503.00 | 3,503.00 | OA | 0.00 | FA |
| 7 | Invoice for completion of work Schademan & Assoc | 10,785.00 | 10,785.00 | OA | 0.00 | FA |
| 8 | Invoice for completion of work Terrene Ventures | 10,572.00 | 10,572.00 | OA | 0.00 | FA |
| 9 | Invoice for completion of work Dwelling Company | 143,773.00 | 143,773.00 | OA | 0.00 | FA |
| 10 | Invoice for completion of work TTMI Construction | 15,337.00 | 15,337.00 | OA | 0.00 | FA |
| 11 | Invoice for completion of work Antovich Develope | 712.00 | 712.00 | OA | 0.00 | FA |
| 12 | Invoice for completion of work Christensen Inc. | 4,110.00 | 4,110.00 | OA | 0.00 | FA |
| 13 | Invoice for completion of work Saltaire Construc | 36,198.00 | 36,198.00 | OA | 0.00 | FA |
| 14 | Invoice for completion of work Todd Kerwin Kerwi | 13,916.00 | 13,916.00 | OA | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

Page: 2

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 13-41394-MJH  
**Case Name:** FAIRWAY ORNAMENTAL IRON INC.

**For Period Ending:** 05/11/2017

**Trustee Name:** (670170) Brian L. Budsberg  
**Date Filed (f) or Converted (c):** 03/05/2013 (f)  
**§ 341(a) Meeting Date:** 04/09/2013  
**Claims Bar Date:** 11/29/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Retention PCL Construction Services, Inc. 15405 | 3,432.00 | 3,432.00 | | 3,431.50 | FA |
| **15** | **Assets** **Totals** (Excluding unknown values) | **$302,367.00** | **$302,367.00** | | **$3,431.50** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 3

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

| | |
|---|---|
| Case No.: 13-41394-MJH | Trustee Name: (670170) Brian L. Budsberg |
| Case Name: FAIRWAY ORNAMENTAL IRON INC. | Date Filed (f) or Converted (c): 03/05/2013 (f) |
| | § 341(a) Meeting Date: 04/09/2013 |
| For Period Ending: 05/11/2017 | Claims Bar Date: 11/29/2013 |

**Major Activities Affecting Case Closing:**

2/8/17 (RK) TFR Order Signed; Checks have been sent; waiting on 1 check to clear before TDR.

1/31/17 (KM) Judge Snyder's involvement terminated-- Judge Heston assigned to case

1/20/17 (KM) Mailed TFR Checks

1/17/17 (KM) DNO and Order filed re nfr

1/10/17 (RK) Filed Proof of Service for NFR.

12/23/16 (RK) UST filed TFR - I filed NFR and sent it out for service. TFR hearing is 1/19/17.

12/8/16 (KM) Karrie has sent the UST the TFR for review. Once a reviewer is assigned, I will send them bank statements.

11/1/16 (KS) After multiple attempts to sell the accounts receivables in the case, the trustee has formally abandoned the remaining assets. They are not collectable. Initially, the trustee had a viable option that was pursued, and fell through. At first it appeared that there was potential with several of the accounts receivables. The trustee changed course and decided to work with BKAssets to try to move the assets, as they provided feedback that they had a client base for these types of assets. In early 2016 the trustee pursued another attempt to sell. After attempts and with BKAssets, the assets are not viable due to issues with marketability of these types of collectables. In fall 2016 the trustee decided there were no other avenues to explore. With no other option to liquidate, the trustee proceeded with abandoning the remaining assets.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 09/30/2013 | **Current Projected Date Of Final Report (TFR):** 11/17/2016 (Actual) |
| 05/11/2017 | /s/Brian L. Budsberg |
| Date | Brian L. Budsberg |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-41394-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | FAIRWAY ORNAMENTAL IRON INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8144 | Account #: | ******3066 Checking Account |
| For Period Ending: | 05/11/2017 | Blanket Bond (per case limit): | $64,371,945.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/2013 | {15} | PCL Construction Services, Inc. | proceeds for payment on account from PCL Construction | 1121-000 | 3,431.50 | | 3,431.50 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,421.50 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,411.50 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,401.50 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,391.50 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,381.50 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,371.50 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,361.50 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,351.50 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,341.50 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,331.50 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,321.50 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 13-41394-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | FAIRWAY ORNAMENTAL IRON INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8144 | Account #: | ******3066 Checking Account |
| For Period Ending: | 05/11/2017 | Blanket Bond (per case limit): | $64,371,945.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,311.50 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,301.50 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,291.50 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,281.50 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,271.50 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,261.50 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,251.50 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,241.50 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,231.50 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,221.50 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,211.50 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,201.50 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,191.50 |

{} Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Case 13-41394-MJH    Doc 28    Filed 06/01/17   Ent. 06/01/17 11:04:51    Pg. 14 of 18

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-41394-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | FAIRWAY ORNAMENTAL IRON INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8144 | Account #: | ******3066 Checking Account |
| For Period Ending: | 05/11/2017 | Blanket Bond (per case limit): | $64,371,945.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,181.50 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,171.50 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,161.50 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,151.50 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,141.50 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,131.50 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,121.50 |
| 04/21/2016 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/31/2016 FOR CASE #13-41394, 2016 Bond premium (4/1/16-3/31/17) | 2300-000 | | 1.52 | 3,119.98 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,109.98 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,099.98 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,089.98 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9  
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-41394-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | FAIRWAY ORNAMENTAL IRON INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8144 | Account #: | ******3066 Checking Account |
| For Period Ending: | 05/11/2017 | Blanket Bond (per case limit): | $64,371,945.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,079.98 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,069.98 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,059.98 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,049.98 |
| 01/19/2017 | 102 | Brian L. Budsberg | Combined dividend payments for Claim #FEE, TE | | | 964.19 | 2,085.79 |
| | | | Claims Distribution - Wed, 12-07-2016      $857.88 | 2100-000 | | | 2,085.79 |
| | | | Claims Distribution - Wed, 12-07-2016      $106.31 | 2200-000 | | | 2,085.79 |
| 01/19/2017 | 103 | IRS Insolvency Operations | Distribution payment - Dividend paid at 0.62% of $339,173.16; Claim # 2S; Filed: $339,173.16 | 4300-000 | | 2,085.79 | 0.00 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| Case No.: | 13-41394-MJH |
| Case Name: | FAIRWAY ORNAMENTAL IRON INC. |
| Taxpayer ID #: | **-***8144 |
| For Period Ending: | 05/11/2017 |

| | |
|---|---|
| Trustee Name: | Brian L. Budsberg (670170) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******3066 Checking Account |
| Blanket Bond (per case limit): | $64,371,945.00 |
| Separate Bond (if applicable): | N/A |

| 1<br>Transaction Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposit $ | 6<br>Disbursement $ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **COLUMN TOTALS** | | 3,431.50 | 3,431.50 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,431.50 | 3,431.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,431.50** | **$3,431.50** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-41394-MJH |
| **Case Name:** | FAIRWAY ORNAMENTAL IRON INC. |
| **Taxpayer ID #:** | \*\*-\*\*\*8144 |
| **For Period Ending:** | 05/11/2017 |

| | |
|---|---|
| **Trustee Name:** | Brian L. Budsberg (670170) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | \*\*\*\*\*\*3066 Checking Account |
| **Blanket Bond (per case limit):** | $64,371,945.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $3,431.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,431.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| \*\*\*\*\*\*3066 Checking Account | $3,431.50 | $3,431.50 | $0.00 |
| | **$3,431.50** | **$3,431.50** | **$0.00** |

**05/11/2017**
Date

/s/Brian L. Budsberg
**Brian L. Budsberg**

UST Form 101-7-TDR (10/1/2010)